**Paul Swenson Prior**
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: sprior@swlaw.com

Attorney for Defendant
Equifax Information Services LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERMY PACPACO, | Case No. 2:15-cv-00265-GMN-NJK |
| Plaintiff, | |
| vs. | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION OF EXTENSION OF TIME TO FILE ANSWER** |
| BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | **AND ORDER THEREON** |

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), by counsel, and shows that Plaintiff has stipulated to an extension of time within which Equifax may answer, move or otherwise respond to Plaintiff's Complaint, through and including April 5, 2015, and that any such responsive pleading by that date shall be deemed timely filed.

Equifax will keep all of its defenses and objections to the lawsuit and does not waive them by entering into this Stipulation to extend its time to answer, move or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/06/2015**

ECIS-Brown-Answer

1  Respectfully submitted this 6th day of March, 2015.

/s/  Paul Swenson Prior
Paul Swenson Prior
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Attorneys for Defendant EQUIFAX
    INFORMATION SERVICES LLC


/s/  David H. Krieger
David H. Krieger
Haines & Krieger LLC
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
Attorneys for Defendant Plaintiff

ECIS-Brown-Answer

-**2**-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION OF EXTENSION OF TIME TO FILE ANSWER has been served this 6th day of March, 2015, via ECF, upon:

David H. Krieger
Haines & Krieger LLC
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123

/s/ Julia Melnar
An employee of Snell & Wilmer L.L.P.

ECIS-Brown-Answer