DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERMY F. PACPACO,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC.<br><br>        Defendants. | Case No.:   2:15-cv-00265-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      COME NOW Plaintiff Ermy F. Pacpaco (**Plaintiff**) and Defendant Bank of America, N.A. (**BANA**) pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and file this joint stipulation

…

…

…

…

…

…

…

…

…

…

…

of dismissal, and request that the Court dismisses each and every claim by Plaintiff against BANA in this action with prejudice. It is further stipulated that each party shall bear its respective attorneys' fees and costs in this matter.

DATED this __day of August, 2015.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /s/ David H. Krieger, Esq. | /s/ MATTHEW KNEPPER, Esq. |
| David H. Krieger | Darren T. Brenner, ESQ. |
| Nevada Bar No. 9086 | Nevada Bar No. 8386 |
| 8985 S. Eastern Avenue, Suite 130 | MATTHEW KNEPPER, ESQ. |
| Henderson, Nevada 89123 | Nevada Bar No. 12796 |
| *Attorney for Plaintiff Ermy F. Pacpaco* | 1160 Town Center Drive, Suite 330 |
| | Las Vegas, Nevada 89144 |
| | *Attorneys for Defendant Bank of America, N.A.* |

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED:  August 28, 2015